IN THE SUPREME COURT OF TEXAS

 No. 06-0215

 IN RE MARINER HEALTH CARE OF NASHVILLE INC., INDIVIDUALLY AND/OR D/B/A
 MARINER HEALTH OF NORTH DALLAS

 On Petition for Writ of Mandamus

ORDERED:

 1. Relator's motion for emergency stay, filed March 17, 2006, is
granted. The order styled Order Granting Plaintiffs' Motion to Compel
Production of Incident Reports for Billie Beall and All Residents of the
Facility during Beall's Residency, dated February 27, 2006, in Cause No. 03-
09382-G, styled Teresa Beall, individually and as Representative of the
Estate of Billie Hugh Beall, deceased; Diane Beall; Sondra Davis; Onita
Beall and Margaret Ann Beall v. Mariner Health Care of Nashville, Inc.,
individually and/or d/b/a Mariner Health of North Dallas, Mariner Health
Care, Inc.; MHC Texas Holding Company; and Mariner Health Care Management,
individually and/or d/b/a Mariner Health Care, in the 134th District Court
of Dallas County, Texas, is stayed pending further order of this Court.

 Done at the City of Austin, this March 31, 2006.
 [pic]
 Andrew Weber, Clerk
 Supreme Court of Texas

 By Claudia Jenks, Chief Deputy Clerk